IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KRISTAN McKISSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-19-0282-C |
| | ) | |
| ANDREW SAUL, Commissioner | ) | |
| of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for judicial review of the Commissioner's denial of disability insurance benefits was referred for initial proceedings to United States Magistrate Judge Gary M. Purcell, consistent with 28 U.S.C. § 636(b)(1)(B). Judge Purcell entered a Report and Recommendation on January 14, 2020, recommending that the decision of the Commissioner be reversed and remanded for further administrative proceedings. Defendant Commissioner, through counsel, has timely filed an objection to this report, and the Court therefore considers the matter de novo.

In the Commissioner's Objection to this recommendation, he, in effect, urges a post hoc rationalization, which is impermissible. The Court finds Judge Purcell's analysis correct in all respects.

Accordingly, the Report and Recommendation (Dkt. No. 20) of the Magistrate Judge is adopted in its entirety, and this matter is reversed and remanded to the

Commissioner for further administrative proceedings. A judgment shall enter accordingly.

IT IS SO ORDERED this 6th February, 2020.

ROBIN J. CAUTHRON
United States District Judge